PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:      510/832-5001
Facsimile:       510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
PAUL SPECTOR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR<br><br>Plaintiff,<br><br>v.<br><br>SHRINIKA INVESTMENTS, LLC,,<br><br>Defendant. | CASE NO. 2:23-cv-00015-DJC-AC<br>Civil Rights<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff PAUL SPECTOR ("Plaintiff") voluntarily dismisses the above-entitled action pursuant to FRCP 41(a)(1)(i) with prejudice.  Plaintiff is dismissing this action because this matter has settled.  Plaintiff requests this dismissal be entered with prejudice.

Date: June 15, 2023                                       REIN & CLEFTON


                                                    ____/s/ Aaron M. Clefton_____
                                                    By AARON M. CLEFTON, Esq.
                                                    Attorney for Plaintiff
                                                    PAUL SPECTOR

1